IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JIM DAVIS and MARIA DAVIS**                                                **PLAINTIFFS**

**v.**                                                **CAUSE NO. 1:23-cv-354-LG-BWR**

**DIRECTV, LLC and DIRECTV, INC.**                                                **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case, the Court desires that this matter be finally closed on its docket.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties, with each to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge